# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

LATONYA COPELAND

    vs                        Case No.   3:08cv553 MCR/MD

PRISON HEALTH SERVICES, INC.

## O R D E R

**JOINT STIPULATION FOR THE SUBSTITUTION OF COUNSEL posted on November 10, 2009, document #37**, was referred to the undersigned with the following deficiencies:

No attorney, firm, or agency, having made an appearance, shall thereafter abandon the case or proceeding in which the appearance was made, or withdraw as counsel for any party therein, except by written leave of court obtained after giving ten (10) days notice to the party or client affected thereby and to all other counsel of record [N.D. Fla. Loc. R. 11.1(F)(1)].

For these reasons, IT IS ORDERED that:

The document shall remain in the electronic file, but no further pleadings will be accepted unless they comply with NORTHERN DISTRICT OF FLORIDA local rules.

**DONE and ORDERED** this 13th day of November, 2009.

                                        *s/ M. Casey Rodgers*

                                        **M. CASEY RODGERS**
                                        **UNITED STATES DISTRICT JUDGE**